# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00284-CV

### K. N. M., a/k/a K. H., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-006145, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant K. N. M., a/k/a K. H., filed her notice of appeal on April 23, 2018. The appellate record was complete May 3, 2018, making appellant's brief due May 23, 2018. On May 21, 2018, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than June 12, 2018. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on May 22, 2018.

Before Chief Justice Rose, Justices Goodwin and Field